| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Chiquita Owens** | Social Security number or ITIN **xxx–xx–1616** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | |
| Case number: | **16–31617** | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Chiquita Owens
>   aka Chiquita Diane Owens

Dated July 19, 2021

>                                                                  William R. Sawyer
>                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:  Case No. 16-31617-WRS
Chiquita Owens  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: admin     Page 1 of 3
Date Rcvd: Jul 19, 2021     Form ID: 3180W     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol   Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chiquita Owens, 400 Pecan Tree Drive, Montgomery, AL 36109-1824 |
| aty | + | Anthony B. Bush, The Bush Law Firm, LLC, PO Box 640492, Pike Road, AL 36064-0492 |
| aty | + | Charles N. Parnell, III, Parnell & Parnell, P.A., PO Box 2189, Montgomery, AL 36102-2189 |
| aty |   | Larry E. Darby, Esq, Darby Law Firm, LLC, Post Office Box 3905, Montgomery, AL 36109-0905 |
| aty | + | Paul D. Esco, Attorney at Law, LLC, 2800 Zelda Road, Suite 200-7, Montgomery, AL 36106-2686 |
| sp  | + | Anthony B. Bush, 529 South Perry Street, Ste 22, Montgomery, AL 36104-4636 |
| cr  |   | Rice Acceptance Company, c/o Parnell & Crum, P.A., P.O. Box 2189, Montgomery, AL 36102-2189 |
| 3561040 | + | Aaron's Sales and Lease Ownership, 3452 Atlanta Highway, Montgomery, AL 36109-2704 |
| 3561041 | + | Ad Astra Recovery, 8918 W 21st St N, Suite 200 Mailbox 303, Wichita, KS 67205-1885 |
| 3561042 | + | Carmichael Imaging, LLC, 2257 Taylor Road; Suite 200, Montgomery, AL 36117-7792 |
| 3561043 | + | Cash Mart, Inc, 2651 East South Boulevard, Montgomery, AL 36116-2531 |
| 3561044 | + | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 3561049 | + | Fst Fin Inv, 3091 Governors Lake Dr, Peachtree Corners, GA 30071-1143 |
| 3561050 | + | Holloway Credit Solutions, Po Box 6441, Dothan, AL 36302-6441 |
| 3561051 | + | Knology, Inc dba WOW, Bankruptcy Department, 770 N Eastern Blvd, Montgomery, AL 36117-8619 |
| 3561052 | + | Metabank, Post Office Box 71402, Salt Lake City, UT 84171-0402 |
| 3561054 | + | Narrow Lane Villas, c/o Darby Law Firm, LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| 3561055 | + | Northern Plains Funding, PO Box 516, Hays, MT 59527-0516 |
| 3561057 | + | Progressive Leasing, PO Box 413110, Salt Lake City, UT 84141-3110 |
| 3572520 | + | RICE ACCEPTANCE COMPANY, 2803 E. SOUTH BLVD, MONTGOMERY, AL 36116-2513 |
| 3561058 | + | Rice Banking Company, 2803 E. South Blvd., Montgomery, AL 36116-2513 |
| 3561067 | + | WLCC Lending MMS dba My Back Wallet, PO Box 6048, Pine Ridge, SD 57770-6048 |
| 3561068 | + | Woodmere @ The Lake, 1421 Stonehenge Place, Montgomery, AL 36117-1705 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: trustees_office@ch13mdal.com | Jul 19 2021 20:07:00 | Sabrina L. McKinney, P.O. Box 173, Montgomery, AL 36101-0173 |
| 3583726 |   | Email/Text: bankruptcy@consumerportfolio.com | Jul 19 2021 20:06:00 | CONSUMER PORTFOLIO SERVICES , INC., PO BOX 57071, IRVINE, CA 92619 - 7071 |
| 3573698 |   | EDI: CAPITALONE.COM | Jul 20 2021 00:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 3561045 | + | EDI: CCS.COM | Jul 20 2021 00:08:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 3561046 | + | EDI: CMIGROUP.COM | Jul 20 2021 00:08:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrolton, TX 75011-8288 |
| 3561047 | + | Email/Text: bknotice@ercbpo.com | Jul 19 2021 20:06:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 3561048 | + | EDI: BLUESTEM | Jul 20 2021 00:08:00 | Fingerhut Direct Consumer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 3561053 | + | EDI: MID8.COM | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 3611347 | + | EDI: MID8.COM | Jul 20 2021 00:08:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2709 |
| | | | Jul 20 2021 00:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 3561056 | | EDI: PRA.COM | Jul 20 2021 00:08:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 3561062 | | EDI: AISSPRINT | Jul 20 2021 00:08:00 | Sprint-Nextel, ATTN: BANKRUPTCY DEPT, Post Office Box 7949, Overland Park, KS 66207-7949 |
| 3561059 | + | EDI: DRIV.COM | Jul 20 2021 00:08:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 3568555 | + | EDI: DRIV.COM | Jul 20 2021 00:08:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 3561061 | + | Email/Text: bankruptcy@speedyinc.com | Jul 19 2021 20:06:00 | Speedy Cash, 932 Ann Street, Montgomery, AL 36107-2902 |
| 3561060 | + | Email/Text: bankruptcy@speedyinc.com | Jul 19 2021 20:06:00 | Speedy Cash, 1501 Eastern Blvd., Montgomery, AL 36117-1605 |
| 3628304 | + | Email/Text: bankruptcy@speedyinc.com | Jul 19 2021 20:06:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 3561063 | + | EDI: RMSC.COM | Jul 20 2021 00:08:00 | Synchrony Bank/Belk, Post Office Box 965005, Orlando, FL 32896-5005 |
| 3561064 | + | EDI: RMSC.COM | Jul 20 2021 00:08:00 | Synchrony Bank/JC Penney, Post Office Box 960090, Orlando, FL 32896-0090 |
| 3561065 | | EDI: WSBC | Jul 20 2021 00:08:00 | W.S. Badcock, Corp., Post Office Box 232, Mulberry, FL 33860 |
| 3561066 | | EDI: WFNNB.COM | Jul 20 2021 00:08:00 | WFNNB, Bankruptcy Department, Post Office Box 182125, Columbus, OH 43218-2125 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Narrow Lane Villas, C/O Darby Law Firm LLC, PO Box 3905, Montgomery, AL 36109-0905 |
| cr | *+ | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 21, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony B. Bush | on behalf of Plaintiff Chiquita Owens abush@bushlegalfirm.com  jason@bushlegalfirm.com |
| Anthony B. Bush | on behalf of Spec. Counsel Anthony B. Bush abush@bushlegalfirm.com  jason@bushlegalfirm.com |
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Charles N. Parnell, III | on behalf of Creditor Rice Acceptance Company bkrp@parnellsoutheast.com |
| Larry E. Darby, Esq | on behalf of Creditor Narrow Lane Villas LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Patrick W Franklin | on behalf of Defendant Access Insurance Company pfranklin@mck-law.com |
| Paul D. Esco | on behalf of Plaintiff Chiquita Owens paul.esco@aol.com lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com |
| Paul D. Esco | on behalf of Debtor Chiquita Owens paul.esco@aol.com lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com;r51603@notify.bestcase.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 9